IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| JIMMY BRIGHAM | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:14-CV-120 |
| AARON ANDERSON, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jimmy Brigham, an inmate formerly confined at the Eastham Unit located in Lovelady, Texas, brings this civil rights action pursuant to 42 U.S.C. § 1983 against defendants A. Anderson, T. Piel, C. Farrell, J. Grounds, G. Jones, J. Patrick, M. Hubbard, J. McDonald, A. Baskin, and L. Martinez.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's claims against defendants A. Anderson and T. Piel be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve within 120 days.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 16th day of September, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE