IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| JIMMY BRIGHAM | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:14-CV-120 |
| AARON ANDERSON, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jimmy Brigham, an inmate formerly confined at the Eastham Unit located in Lovelady, Texas, with the Texas Department of Criminal Justice, Correctional Institutions Division, and represented by counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Christopher Farrell, James Grounds, Glenn Jones, Johnny Patrick, Monique Hubbard, Jimmy McDonald, Arthur Baskin, and Lee Martinez.[1]

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the defendants' motion for summary judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

---

[1] Claims against defendants Aaron Anderson and Tyson Piel were dismissed by Partial Judgment on September 16, 2015 for failure to serve pursuant to Federal Rule of Civil Procedure 4(m) (docket entry no. 28).

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.

**SIGNED this 28th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE